Núm. 7101.—Pueblo, apldo. *v.* González et al., apltes.—C. D. Guayama. ▬▬▬▬▬▬ Mayo 17, 1938.

Examinada la denuncia y visto el alegato del acusado y apelante y el informe del fiscal, no imputándose en ella a dicho acusado hecho

alguno constitutivo de delito penado por la ley, de acuerdo con lo resuelto por esta Corte en los casos de *El Pueblo* v. *Fernández,* 52 D.P.R. 811, y *El Pueblo* v. *José González León y Rafael Delgado,* núm. 7101, resuelto el día 17 de mayo de 1938 ante, pág. 1004, se declara con lugar el recurso, se revoca la sentencia apelada y se absuelve al acusado de la infracción a la ley de automóviles que se le imputara.